**Exhibit A**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELBERT DAWKINS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KEY FOOD STORES CO-OPERATIVE, INC., <br><br> Defendant. | Case No. 1:22-cv-03145-PKC-TAM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Elbert Dawkins and Defendant Key Food Stores Co-Operative, Inc., hereby stipulate and agree that this action shall be and hereby is dismissed, with prejudice, and that all putative class claims asserted in this action are hereby withdrawn by Plaintiff.  Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

| | |
|---|---|
| **STEIN SAKS, PLLC** <br> One University Plaza, Suite 620 <br> Hackensack, NJ 07601 <br> Tel: (201) 282-6500 <br> Fax: (201) 282-6501 | **GIBBONS P.C.** <br> One Pennsylvania Plaza, 37th Floor <br> New York, New York 10119 <br> Tel: (212) 613-2007 <br> Fax: (212) 554-9660 |
| *s/Mark Rozenberg* <br> Mark Rozenberg <br> *Attorneys for Plaintiff* <br> *Elbert Dawkins* <br><br> Dated: October 6, 2022 | *s/ Mark S. Sidoti* <br> Mark S. Sidoti <br> *Attorneys for Defendant* <br> *Key Food Stores Co-Operative, Inc.* <br><br> Dated: October 6, 2022 |